```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 01449
   HELIODORO BARRERA
   REYNA BARRERA                                 CHAPTER 13

                                                 JUDGE: JACQUELINE P COX
            Debtor
   SSN XXX-XX-7273    SSN XXX-XX-9051

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 01/23/2008 and was not confirmed.

      The case was dismissed without confirmation 02/25/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
--------------------------------------------------------------------------------

TARGET NATIONAL BANK     UNSECURED          2453.23          .00          .00
METROPOLITAN BANK & TRUS NOTICE ONLY       NOT FILED         .00          .00
MARTIN & KARCAZES LTD    CURRENT MORTG          .00          .00          .00
MARTIN & KARCAZES LTD    MORTGAGE ARRE     46000.00          .00          .00
MARTIN & KARCAZES LTD    CURRENT MORTG          .00          .00          .00
MARTIN & KARCAZES LTD    MORTGAGE ARRE          .00          .00          .00
NEW CENTURY MORTGAGE COR CURRENT MORTG          .00          .00          .00
NEW CENTURY MORTGAGE COR MORTGAGE ARRE          .00          .00          .00
BANK OF AMERICA          UNSECURED        NOT FILED          .00          .00
BK OF AMER               UNSECURED        NOT FILED          .00          .00
MERCHANTS CREDIT GUIDE C UNSECURED        NOT FILED          .00          .00
ILLINOIS COLLECTION SE   UNSECURED        NOT FILED          .00          .00
ILLINOIS COLLECTION SE   UNSECURED        NOT FILED          .00          .00
LVNV FUNDING             UNSECURED        NOT FILED          .00          .00
MEDICAL COLLECTION       UNSECURED        NOT FILED          .00          .00
MRSI                     UNSECURED        NOT FILED          .00          .00
MRSI                     UNSECURED        NOT FILED          .00          .00
PEOPLES GAS LIGHT & COKE UNSECURED        NOT FILED          .00          .00
TARGET                   UNSECURED        NOT FILED          .00          .00
THE HOME DEPOT/ CBUSA    UNSECURED        NOT FILED          .00          .00
WASHINGTON MUTUAL/PROVID UNSECURED        NOT FILED          .00          .00
MICHAEL J VITALE         DEBTOR ATTY           .00                        .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                           .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 01449 HELIODORO BARRERA & REYNA BARRERA
```

```
TRUSTEE COMPENSATION                                                    .00
DEBTOR REFUND                                                           .00
                                         ---------------    ---------------
TOTALS                                              .00                 .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 05/23/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE